IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| HOWARD WILLIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 10-CV-0173-D |
| | ) | |
| NATIONWIDE ADVANTAGE MORTGAGE, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR WRITTEN REPLY

The defendant having filed Defendant's Motion for a More Definite Statement on September 13, 2010, and the plaintiff having filed on September 23, 2010, a submission entitled "More Definite Statement" which appears to the Court to be in response to defendant's motion, it is

HEREBY REQUESTED that the defendant file with the Clerk's Office and fax to the Court Chambers, (307) 433-2185 (if not electronically filed), a written response or reply to plaintiff's submission entitled "More Definite Statement" on or before October 11, 2010.

Dated this 4th day of October, 2010.

      /s/   William C. Beaman
      UNITED STATES MAGISTRATE JUDGE