John M. Kuker
James M. Peterson
Romsa & Kuker, LLC
2123 Pioneer Ave
Cheyenne, WY 82001
(307) 433-8777-Telephone
(307) 433-9117-Facsimile

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 12 2010

Stephan Harris, Clerk
Cheyenne

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

### Docket No. 10-CV-173-D

| | |
|---|---|
| HOWARD WILLIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NATIONWIDE ADVANTAGE MORTGAGE, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S REPLY TO PLAINTIFF'S "MORE DEFINITE STATEMENT"

**COMES NOW**, Defendant Nationwide Advantage Mortgage Company, by and through undersigned counsel Romsa & Kuker, LLC, and hereby submits this Reply to Plaintiff's "More Definite Statement" concerning the "Petition for Temporary Injunction" and "Original Petition" filed by Plaintiff as follows:

1. On or around September 22, 2010, Plaintiff filed a "More Definite Statement", apparently in response to Defendant's Motion for a More Definite Statement. Plaintiff's submitted document consists of approximately twenty-three (23) pages of text and is essentially the same as the original pleadings. While the lines are numbered, the paragraphs are not. This pleading does not comply with F.R.C.P. 10(b).

2. This violation of the federal rules and lack of paragraph numbering makes it literally impossible for Defendant to Answer or otherwise file a responsive pleading concerning

either of these filings. Defendant simply cannot "prepare a reasonable response" to these documents. *Fed. R. Civ. P. 12 (e)*.

3. Defendant requests that the Court issue an order granting this Motion and requiring Plaintiff to submit pleadings in accordance with Federal Rules of Civil Procedure 10(b), so that Defendant may prepare and file its responsive pleadings accordingly.

**WHEREFORE**, Defendant hereby prays that the Court issue an order granting its Motion for a More Definite Statement and requiring Plaintiff to submit pleadings in accordance with the Federal Rules of Civil Procedure.

**DATED** this 11th day of October, 2010.

        **NATIONWIDE ADVANTAGE MORTGAGE COMPANY,**
        *Defendant*

By: _____
    John M. Kuker; Wy Bar #: 6-3452
    ROMSA & KUKER, LLC
    2123 Pioneer Ave.
    Cheyenne, WY 82001
    (307)433-8777-Telephone
    (307)433-9117-Fax
    *ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S REPLY TO PLAINTIFF'S "MORE DEFINITE STATEMENT"** was served upon the following this 11th day of October, 2010, as follows:

Howard Willis  [√] U.S. MAIL
2525 County Road 218  [ ] FED EX
Cheyenne, WY 82009  [ ] FAX
 [ ] HAND DELIVERED

ROMSA & KUKER, LLC