# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

| HOWARD WILLIS | NOTICE |
| --- | --- |
| V. | |
| NATIONWIDE ADVANTAGE MORTGAGE | CASE NUMBER:   10-CV-0173-D |

| TYPE OF CASE: | |
| --- | --- |
| | **CIVIL** |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | BEFORE |
| --- | --- |
| FEDERAL OFFICE BUILDING<br>2120 CAPITOL AVENUE<br>CHEYENNE, WY | MAGISTRATE JUDGE WILLIAM C. BEAMAN<br>(307) 433-2180 |
| | DATE AND TIME -<br>**DECEMBER 28, 2010, AT 9:00 A.M.** |

TYPE OF PROCEEDING

**INITIAL PRETRIAL CONFERENCE**

PARTICIPATION BY PHONE!!!  **Out-of-town counsel may participate by telephone conference call.  Parties must coordinate with each other so that they call in on one telephone line.  Parties also shall initiate the phone call to the Court by calling (307) 433-2180. It is NOT necessary to advise the Court that you will be participating by phone!**

STEPHAN HARRIS
Clerk of Court

November 29, 2010                                     Debra A. Birge
DATE                                                             DEPUTY CLERK

TO:

Howard Willis
John Matthew Kuker