John M. Kuker
James M. Peterson
Romsa & Kuker, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001
(307) 433-8777-Telephone
(307) 433-9117-Facsimile

**UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 23 2010

Stephan Harris, Clerk
Cheyenne

**Docket No. 10-CV-173-D**

|  |  |
|---|---|
| HOWARD WILLIS | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| NATIONWIDE ADVANTAGE MORTGAGE, | ) |
|  | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF SERVICE OF DEFENDANT NATIONWIDE ADVANTAGE MORTGAGE COMPANY'S SELF EXECUTING ROUTINE DISCOVERY

**COMES NOW**, Defendant Nationwide Advantage Mortgage Company, by and through

undersigned counsel Romsa & Kuker, LLC, and hereby serves notice of service of

DEFENDANT NATIONWIDE ADVANTAGE MORTGAGE COMPANY'S SELF

EXECUTING ROUTINE DISCOVERY in accordance with F.R.C.P 26(a)(1).

**DATED** this 22nd day of December, 2010.

**NATIONWIDE ADVANTAGE MORTGAGE COMPANY,**
*Defendant*

By

John M. Kuker; Wy Bar #: 6-3452
James M. Peterson; Wy Bar #: 6-4346
ROMSA & KUKER, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001
(307)433-8777-Telephone
(307)433-9117-Fax
*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S NOTICE OF SERVICE OF DEFENDANT NATIONWIDE ADVANTAGE MORTGAGE COMPANY'S SELF EXECUTING ROUTINE DISCOVERY** was served upon the following this 22nd day of December, 2010, as follows:

Howard Willis
2525 County Road 218
Cheyenne, WY 82009

[ √ ] U.S. MAIL
[   ] FED EX
[   ] FAX
[   ] HAND DELIVERED

ROMSA & KUKER, LLC

- 2 -