John M. Kuker
Branden S. Vilos
Romsa & Kuker, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001
(307) 433-8777-Telephone
(307) 433-9117-Facsimile

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

APR 26 2011

Stephan Harris, Clerk
Cheyenne

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

### Docket No. 10-CV-173-D

| | |
|---|---|
| HOWARD WILLIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NATIONWIDE ADVANTAGE MORTGAGE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

**COMES NOW**, Defendant Nationwide Advantage Mortgage Company (hereinafter referred to as "Nationwide"), by and through undersigned counsel Romsa & Kuker, LLC, and hereby submits this Memorandum in support of its Motion for Judgment on the Pleadings as follows:

### 1. Introduction

This case generally entails the foreclosure of real property once owned by the Plaintiff Howard Willis and later acquired by Nationwide Advantage Mortgage Company through a foreclosure sale conducted on August 23, 2010. Plaintiff originally obtained a loan to purchase the property from Draper & Kraemer Mortgage Corporation. That Mortgage and related Note were later assigned to Nationwide Advantage Mortgage Company and this assignment was recorded on February 5, 2010. Importantly, Defendant was not a party to the transaction

regarding the original loan to purchase the property from Draper & Kraemer Mortgage
Corporation by the Plaintiff.

Subsequent to the initial loan and eventual assignment of the Mortgage and related Note,
Plaintiff undisputedly failed to make his payments on the Promissory Note secured by said
Mortgage, and foreclosure proceedings were instituted. Pursuant to the terms of the Note and
Mortgage, the foreclosure process was done through the advertisement and sale process outlined
in Wyoming's real estate statutes and also contained in the Mortgage. Nationwide provided
Plaintiff with its original *Notice of Default and Notice of Intent to Foreclose and Notice
Required by the Fair Debt Collection Practices Act* the property on or about January 14, 2010.
*(See Exhibit "1" attached hereto and incorporated herein by reference).*

On or about February 16, 2010, Plaintiff was similarly provided with its original *Notice
of Foreclosure Sale* in accordance with Wyoming Law. *(See Exhibit "2"- Notice of Foreclosure
Sale and Exhibit 3" - Affidavit of Publication attached hereto and incorporated herein by
reference).* On or about March 19, 2010 and again on March 31, 2010, Defendant postponed the
Foreclosure sale on this property to allow time for the Veteran's Affairs Office to conduct the
necessary inspections on the property. *(See Exhibit "4" and Exhibit "5" - Notice of
Postponement of Foreclosure Sale attached hereto and incorporated herein by reference).* On or
about April 16, 2010, Defendant again canceled the Foreclosure Sale as Willis indicated that he
was interested in entering into a "payment plan" to avoid foreclosure. This was never done.

On or about June 30, 2010, Nationwide provided Plaintiff with its renewed *Notice of
Default and Notice of Intent to Foreclose and Notice Required by the Fair Debt Collection
Practices Act* on the property. *(See Exhibit "6" attached hereto and incorporated herein by
reference).* On or about July 14, 2010, Plaintiff was similarly provided with a *Notice of*

- 2 -

*Foreclosure Sale* in accordance with Wyoming Law. The *Notice of Foreclosure Sale* was published in the Wyoming Tribune Eagle for four consecutive weeks beginning July 26, 2010 and concluding August 16, 2010. (*See Exhibit "7"- Notice of Foreclosure Sale and Exhibit "8" - Affidavit of Publication attached hereto and incorporated herein by reference*). During the extent of this entire time, Plaintiff made no payments regarding the arrearages owed on the loan. As of July 14, 2010, the outstanding balance of the loan was approximately $272,468.55. Plaintiff has continued to live at the property for free for over a year.

Finally, as noted above, a foreclosure sale was held on August 23, 2010 at 10:00 a.m. at the Laramie County Court House in Cheyenne, Wyoming, by Deputy Sheriff Jerome J. Medina as described in the *Notice of Foreclosure Sale* and pursuant to Wyoming Statute § 34-4-101 through 34-4-113. A *Certificate of Sale* was issued by Sheriff's Deputy Jerome J. Medina and recorded with the Laramie County Clerk on August 23, 2011 outlining that Nationwide Advantage Mortgage Company was the successful bidder at the sale and the successful bid submitted was $216,000.00. (*See Exhibit "9" – Certificate of Sale attached hereto and incorporated herein by reference*).

Following the foreclosure sale, Plaintiff did not attempt to redeem the property pursuant to Wyoming's foreclosure statutes. Consequently, after the expiration of the redemption period, Nationwide received a Sheriff's Deed to the property from the Laramie County Sheriff. The *Sheriff's Deed* was recorded with the Laramie County Clerk and Recorder on November 29, 2010. As a result, Nationwide became the owner of record of the property on that date.

Plaintiff later filed the complaint at issue in this case alleging that various wrongs had been committed against him by a variety of entities. For whatever reason, Nationwide was the only named Defendant. However, a review of the complaint makes clear that Plaintiff has

alleged no facts which support any legally cognizable cause of action in the state of Wyoming against Nationwide Advantage Mortgage Company. Moreover, the complaint mostly consists of a diatribe about the mortgage lending business in the United States in the last few years, but contains no cogent legal argument directed towards Nationwide supporting a cause of action of any kind or nature. The complaint mostly appears to be copied and put together from various materials found on the internet. See generally *Plaintiff's Amended Complaint*, ¶ 101 (Plaintiff often refers to another mortgage lender and states "Defendant *Quicken* contends that Plaintiff's TILA damages and rescission claims are time barred."); *See also the following websites*:

1.    *http://www.scribd.com/doc/36849128/Basis-for-Complaint*

2.    *http://www.scribd.com/doc/38015308/indymac-lawsuit-TILA-and-RESPA-Indymac-Complaint*.

It appears that Plaintiff copied his Complaint at least in part from the above-referenced websites. Interestingly, Plaintiff continues to reside at the property for free and has not remitted rent or any type of note payments toward his delinquent loan since July of 2010. Plaintiff filed his complaint *pro se* and has not complied with the Order of the Court concerning his Rule 26 Disclosures. Nevertheless, because the complaint fails to state a claim against Nationwide upon which relief can be granted and otherwise fails to state a legally cognizable claim or cogent legal argument with regard to a potential claim against Nationwide, Nationwide is entitled Judgment as a matter of law pursuant F.R.C.P. 12(c).

## II. Motion for Judgment on the Pleadings pursuant to F.R.C.P. 12(c) and F.R.C.P. 8.

### A. *Pleading pursuant to F.R.C.P. 8 requires that a claim show the pleader is entitled to relief.*

Federal Rule of Civil Procedure 12(c) provides: "After the pleadings are closed . . . a party may move for judgment on the pleadings." "The Tenth Circuit has explained that the standard for ruling on a motion under Rule 12(c) is the same as that for a motion to dismiss under Rule 12(b)(6) for failure to state a claim for relief. *In re Terra Bentley II, LLC*, Slip Copy, 2011 WL 808190, \*3 Bkrtcy.D.Kan. (2011). The "Supreme Court has twice addressed the question of what a complaint must do to survive a motion under Rule 12(b)(6) . . . the Court described the standard that must be met in pleading a claim for relief this way: Federal Rule of Civil Procedure 8(a)(2) requires . . . more than labels and conclusions, and formulaic recitation of the elements of a cause of action will not do . . ." *Id.* "Nor does a complaint suffice if it tenders 'naked assertion[s]' devoid of 'further factual enhancement.'" *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009) (internal citations omitted).

The "pleading standard Rule 8 announces does not require 'detailed factual allegations,' but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009) (internal citations omitted). "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.' A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* (internal citations omitted). "The plausibility standard is not akin to a 'probability requirement,' but it asks for more than a sheer possibility that a defendant has acted unlawfully. Where a complaint pleads facts that are 'merely consistent with' a

defendant's liability, it 'stops short of the line between possibility and plausibility of 'entitlement to relief.'" *Id.*

The United States Supreme Court articulated a two part test in determining whether a complaint will survive dismissal for failing to sufficiently state a claim for relief. First, the "tenet that a court must accept as true all of the allegations contained in a complaint is inapplicable to legal conclusions. Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice. *Id.,* at 555, 127 S.Ct. 1955 (Although for the purposes of a motion to dismiss we must take all of the factual allegations in the complaint as true, we 'are not bound to accept as true a legal conclusion couched as a factual allegation'" *Ashcroft v. Iqbal,* 129 S.Ct. 1937, 1949-1950 (2009) (citing *Bell Atlantic Corp. v. Twombly,* 127 S.Ct. 1955 (2007)). "Second, only a complaint that states a plausible claim for relief survives a motion to dismiss. *Id.,* at 556, 127 S.Ct. 1955. Determining whether a complaint states a plausible claim for relief will, as the Court of Appeals observed, be a context-specific task that requires the reviewing court to draw on its judicial experience and common sense." *Id.* at 1950. "But where the well-pleaded facts do not permit the court to infer more than the mere possibility of misconduct, the complaint has alleged-but it has not 'show[n]'-'that the pleader is entitled to relief.'" *Id.* (citing Fed. Rule Civ. Proc. 8(a)(2)). Finally, the United States Supreme Court summarized by stating:

> In keeping with these principles a court considering a motion to dismiss can choose to begin by identifying pleadings that, because they are no more than conclusions, are not entitled to the assumption of truth. While legal conclusions can provide the framework of a complaint, they must be supported by factual allegations. When there are well-pleaded factual allegations, a court should assume their veracity and then determine whether they plausibly give rise to an entitlement to relief.

*Id.*

As discussed in further detail below, Plaintiff Willis's Complaint in this case is exactly what the Supreme Court has declared as improper. It is a rambling, discombobulated manifesto of sorts about a supposedly nefarious mortgage lending industry, but it is completely devoid of any real facts or law supporting a plausible claim of any kind against Nationwide. Again, it is mostly directed toward other entities not named as Defendants. It is rife with conclusory assumptions and legal conclusions but is wholly lacking in cogent, plausible claims.

## B.     Pleading pursuant to F.R.C.P. 8 requirement of a short and plain statement of a claim.

Plaintiff's Complaint also violates F.R.C.P. 8 and should be dismissed accordingly on these grounds as well. A Complaint "violates Rule 8 of the Federal Rules of Civil Procedure which requires: '(a) a short and plain statement of the claim showing that the pleader is entitled to relief . . . .and may be dismissed without leave to amend when it is 'so verbose, confused and redundant that its true substance, if any, is well disguised.'" *Lowery v. Hauk*, 422 F.Supp. 490, 491-492 (1976). The Court in *Burton v. Peartree* found that a Plaintiff's Complaint should be dismissed for violating F.R.C.P. 8 under similar circumstances to that being addressed in this present matter. 326 F.Supp. 755, 758-759 (1971).  The Court stated that "Burton, proceeding pro se, has filed a lengthy and rambling complaint which contains little more than demands, charges, and conclusions. The complaint is not a short and plain statement of the case and flagrantly violates Fed.R.Civ.P. 8. On this ground alone the complaint may be dismissed." *Burton v. Peartree*, 326 F.Supp. 755, 758-759 (1971).  As outlined below, and like the *pro se* Plaintiff in the *Burton* case, Plaintiff Willis has submitted a legally improper Complaint that warrants immediate dismissal.

### III.   Argument

As cited above, the Court will evaluate a Motion for Judgment on the Pleadings utilizing the same standard pursuant to a Motion to Dismiss under F.R.C.P. 12(b)(6). Moreover in assessing whether a complaint survives a motion to dismiss for failing to state a claim for relief under F.R.C.P. 12(b)(6) the Court will evaluate the pleading requirements found in F.R.C.P. 8. The Court has determined that the pleading requirements under F.R.C.P. 8 demand a "claim showing that the pleader is entitled to relief," which the U.S. Supreme Court articulated a two-part test in *Iqbal*. Furthermore, F.R.C.P. 8 requires that the claim be "a short and plain statement." Plaintiff's Complaint has failed to comply with F.R.C.P. 8 in both respects and should properly be dismissed pursuant to F.R.C.P 12(c).

Plaintiff's Complaint is far from being a short and plain statement of a claim for relief. Plaintiff's Complaint is lengthy, rambling, and asserts conclusory charges that flagrantly violate F.R.C.P. 8 and therefore should be dismissed pursuant to F.R.C.P. 12(c). Even a cursory review of Plaintiff's Complaint evidences the flagrant violation of F.R.C.P. 8. Plaintiff suggests, "Loan Originator [not Nationwide]committed fraudulent concealment against Plaintiff by failing to give full disclosure of the value and condition of the property, acting in concert and collusion with Lender [again, not Nationwide] for the purpose of defrauding Plaintiff and, therefore, the note is a void contract based on fraud;" *Plaintiff's Amended Complaint*, ¶ 23. Plaintiff's Complaint further states:

> Lender intended to defraud Investor and the taxpayers of the United States by withholding the lien document from the sale of the promissory note in order that Lender could then hold the lien for three years, then prepare and file Internal Revenue Form 1099a and falsely claim the full lien amount as abandoned funds and deduct same from Lender's income tax obligation, and thereby comes to the court with dirty hands.

*Id.* at ¶ 23. Plaintiff also alleges,

> Defendants acted in concert an collusion, one with the other, in an organized scheme wherein, from the beginning, one predicate act after another was committed against Plaintiff in order to establish trust, then use that trust to perpetrate fraud against Plaintiff by systematically making false claims to Plaintiff in order to induce Plaintiff into entering into an express contract that was based on fraud."

*Id.* at ¶ 47. Plaintiff further contends "Lender entered into a sales contract with an as yet unknown party for the sale of the promissory note alleged to have been created by Plaintiff yet failed to publically record said sale with the clerk of the court." *Id.* at ¶ 35. Plaintiff's Complaint asserts "It is the belief and specific allegation of Plaintiff that the alleged agent for the lender is not the agent for lender, but rather, is an unauthorized intervener who merely claims agency for the purpose of defrauding Plaintiff of Plaintiff's property." *Id.* at ¶ 39.

Plaintiff's Complaint and its associated lengthy, verbose, redundant, rambling, conclusory allegations of fraud and conspiracy are simply not a short and plain statement of a claim as required by F.R.C.P. 8. Simply put, Plaintiff's Complaint should be dismissed without leave to amend pursuant to F.R.C.P. 12(c).

Even if the Court finds that Plaintiff's Complaint does not violate the short and plain statement requirements under F.R.C.P. 8, it should still be dismissed under the *Iqbal* standard articulated by the U.S. Supreme Court for failing to state a claim for which relief may be granted. More specifically, when substantively evaluating the assertions made in Plaintiff's Complaint, the majority, if not all, of the claims arise from the conduct of various parties to the original loan to purchase the property, which did not involve the Defendant. When applying the *Iqbal* two-part test articulated by the U.S. Supreme Court dismissal of Plaintiff's Complaint is appropriate.

Plaintiff's allegations and claims are, in most instances, threadbare recitals of the elements of a cause of action, which are supported only by conclusory statements somewhat revolving around a conspiracy to defraud "taxpayers of the United States." The first part of the *Iqbal* test enables a Court to disregard, or not accept as true, allegations contained in a complaint that are supported only by legal conclusions, despite being couched as factual allegations. Applying the first part of the *Iqbal* test to the assertions made in Plaintiff's Complaint regarding naming Defendant Nationwide Advantage Mortgage dismissal is appropriate as there is no factual support for naming the Defendant.

As stated above, Plaintiff originally obtained a loan to purchase the property from Draper & Kraemer Mortgage Corporation in February, 2008. See *Plaintiff's Amended Complaint*, ¶ 8. That Mortgage and related Note were later assigned to Nationwide Advantage Mortgage Company and this assignment was recorded on February 5, 2010. Plaintiff has failed to assert any cognizable legal reason for naming Defendant, Nationwide Advantage Mortgage, for the various alleged actions related to the fraud, non-disclosure, conspiracy, breach of implied covenant of good faith and fair dealing, breach of fiduciary duty, and negligence occurring when Plaintiff purchased the property through a mortgage with Draper & Kramer Mortgage Corporation in February 2008.

Plaintiff states that "Plaintiffs have alleged that Lenders together, in a 'conspiratorial nature', undertook the misdeeds herein. Lenders named herein are indeed liable to the extent they acted as agents, servants and/or employees of the remaining Lenders and for each other." *Plaintiff's Amended Complaint*, ¶ 24. Plaintiff furthermore asserts, "In the interest of judicial economy, Plaintiff only specifically named the party presently claiming agency and standing to enforce the note." *Id.* at ¶ 24. Defendant, Nationwide Advantage Mortgage, was simply

assigned the Mortgage and related Note, which was recorded February 5, 2010. The Defendant subsequently became the rightful owner after a properly conducted foreclosure sale. Defendant, on the other hand, was not involved nor a party to the initial transaction occurring in February, 2008 when the Plaintiff purchased the home and was loaned money to do so. Furthermore, Plaintiff has not offered any legally cognizable reason for naming Defendant as a party, and Plaintiff's Complaint should properly be dismissed as the Court need not accept any of Plaintiff's confusing allegations as true. Not only is naming the Defendant factually unsupported, but the numerous claims or causes of action alleged by Plaintiff are also factually unsupported. The various claims that Plaintiff's Complaint alleges, while numerous and verbose, are merely legal conclusions couched as factual allegations. Because the Plaintiff has failed to allege claims supported factually, the Court under the first part of the *Iqbal* test need not accept as true the allegations and, therefore, dismiss Plaintiff's Complaint for failing to state a claim for relief pursuant to F.R.C.P. 12(c).

When further analyzing the Plaintiff's Complaint under the second part of the *Iqbal* test, further justification for dismissing Plaintiff's Complaint is evidenced. The second part of the *Iqbal* test requires that, "only a complaint that states a plausible claim for relief survives a motion to dismiss." *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949-1950 (2009). In assessing whether a claim will be dismissed under the second part of the *Iqbal* test, the Court is asked "to draw on its judicial experience and common sense." *Id.* at 1950. Common sense suggests that the conspiracy and fraud alleged by Plaintiff's Complaint can more properly be explained by lawful, unchoreographed free-market behavior and not the result of a vast conspiracy by the several financial institutions. Furthermore, common sense reveals that Plaintiff's Complaint fails to state

any plausible claim for relief, especially any relief from the Defendant that Plaintiff chose to name.

**WHEREFORE**, Defendant hereby requests that a Judgment on the Pleadings be granted in its favor and that the case be dismissed with prejudice, and for such other and further relief as the Court deems just and equitable in the premises.

**DATED** this ___26th___ day of April, 2011.

<div style="margin-left: 3em;">

**NATIONWIDE ADVANTAGE MORTGAGE COMPANY,**
*Defendant*

By: _____

John M. Kuker; Wyoming Bar #: 6-3452
Branden S. Vilos; Wyoming Bar #: 6-4431
ROMSA & KUKER, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001
(307)433-8777-Telephone
(307)433-9117-Fax
*ATTORNEYS FOR DEFENDANT*

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was served upon the following this ___26th___ day of April, 2011, as follows:

| | |
|---|---|
| Howard Willis | [ √ ] U.S. MAIL |
| 2525 County Road 218 | [   ] FED EX |
| Cheyenne, WY 82009 | [   ] FAX |
| | [   ] HAND DELIVERED |

_____
ROMSA & KUKER, LLC

# ROMSA & KUKER, LLC

## ATTORNEYS-AT-LAW

MATTHEW H. ROMSA
JOHN M. KUKER*
JAMES M. PETERSON
ATTORNEYS

2123 PIONEER AVE.
CHEYENNE, WYOMING 82001
TELEPHONE: (307) 433-8777
FACSIMILE: (307) 433-9117

SHAWNNA C. HOPPER
REBECCA B. KUKER
CHRISTINA M. JENNINGS
PARALEGALS

* ALSO ADMITTED IN COLORADO

### NOTICE OF DEFAULT AND INTENT TO FORECLOSE
### AND NOTICE REQUIRED BY THE
### FAIR DEBT COLLECTION PRACTICES ACT
### (15 U.S.C. Section 1692 et. seq., as amended)

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7005 1820 0003 2870 2270**

Howard Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7005 1140 0003 3803 6066**

Vicki Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7008 1140 0003 3797 8091**

Laramie County Treasurer
Attn: Property Taxes
P.O. Box 125
Cheyenne, WY 82001

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7008 1140 0003 3803 6035**

Occupant
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7008 1140 0003 3797 8077**

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbrook, IL 60440

DATE: January 14, 2009

RE:   *Notice of Default and Intent to Foreclose & File Suit on Promissory Note*

On February 1,2008, Howard Willis and Vicki Willis, as mortgagor(s), executed and delivered to
Mortgage Electronic Registration Systems, Inc., as nominee for, Draper and Kramer Mortgage
Corp. as mortgagee(s), a mortgage on certain real property described in the mortgage, as security
for payment of a promissory note in the principal amount of $242,095.00, which was executed
and delivered by the mortgagor(s) on the same day. The mortgage was duly recorded at the
office of the County Clerk and ex-officio Register of Deeds in and for Laramie County,
Wyoming on February 8, 2008, in/as Book 2044, Page 544. There has been a material breach of
the mortgage note, which the mortgage was given to secure in which that payment was not made
on May 9, 2009 or thereafter. The note was personally guaranteed by Howard Willis. The
mortgage contains a power of sale by advertisement, by which the above reason stated default,
Draper and Kramer Mortgage Corp. (mortgagees) as the owner and holder of mortgage, declares
to have become operative.

As of January 13, 2009, the total amount due and owing on the mortgage note and the mortgage
is $259,076.90 which represents the entire unpaid principal balance of $239,410.38 and accrued
and unpaid interest of $13,822.91 and late charges is in the amount of $730.80 plus other charges
and attorneys' fees in the amount of $5,113.61. Interest is currently accruing at the rate of
$48.37 per day. The amount due may also increase by the amount of any additional late charges
and attorneys' fees and costs, which accrue pursuant to the terms of the mortgage note, mortgage
and guaranty agreement.



EXHIBIT
1

If you dispute the validity of the mortgage debt in writing within thirty (30) days after receipt of this notice, the undersigned attorney will obtain verification of the debt and a copy of the verification will be mailed to you.

The name and address of any mortgagee or assignee will be provided to you if, within thirty (30) days after receipt of this notice, you make written request to the undersigned attorney for the names and addresses.

NOTICE IS HEREBY GIVEN to you that as a result of the above-state default of the mortgage note and mortgage, Mortgagee(s) now considers all of the principal and accrued interest due and payable in full, in accordance with the terms of the mortgage note and the mortgage, and will cause the property to be sold at a foreclosure sale of the real property described in the mortgage by advertisement and sale, as provided by the mortgage and applicable law. Failure to respond to this notice shall be considered your agreement to allow a public sale of this property. All information obtained from you will be used in the collection of debt. This communication is from a debt collector.

Please note that in addition to the foreclosure we may be filing a Civil Complaint for $259,076.90 against Howard Willis with regard to breach of the terms of the promissory note.

If you are on active duty in the armed forces, please notify this office immediately so your rights can be protected.

   DATED this 14th day of January, 2010.

                              Nationwide Advantage Mortgage

                        By: _____
                              John M. Kuker; WY Bar #: 6-3452
                              James M. Peterson; WY Bar #: 6-4346
                              Romsa & Kuker, LLC
                              2123 Pioneer Ave.
                              Cheyenne, WY 82001
                              (307)433-8777-Telephone
                              (307)433-9117-Fax


cc:    Nationwide Advantage Mortgage
       c/o Evon Swanson
       1100 Locust Street
       Des Moines, IA 50391-2009
       Loan No: 00021744841
       Investor:00120
       Investor No: 40066113428
       Case No: 0393960883718


1-2



1-3



CERTIFIED MAIL RECEIPT

CERTIFIED MAIL RECEIPT

7006 0003 3797 6077

5035 3003 E003 1140 7008

Romsa & Kuker, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001

Romsa & Kuker, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001

7006 1140 0003 3603 6035

Occupant
5725 County Rd 218
Cheyenne, WY 82009

CERTIFIED MAIL

7006 1140 0003 3797 6077

CERTIFIED MAIL

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbrook, IL 604

UNCLAIMED

RECEIVED

RECEIVED
FEB 08 2010
Romsa & Kuker, LLC

NIXIE    604    SE 1    01 02/04/10
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
*5061-00530-04 20

UNITED STATES POSTAGE
$005.54

UNITED STATES POSTAGE
$005.54

1-4



1-5

# ROMSA & KUKER, LLC

### ATTORNEYS-AT-LAW

MATTHEW H. ROMSA
JOHN M. KUKER*
JAMES M. PETERSON
ATTORNEYS _____

SHAWNNA C. HOPPER
REBECCA B. KUKER
CHRISTINA M. JENNINGS
PARALEGALS _____

2123 PIONEER AVE.
CHEYENNE, WYOMING 82001
TELEPHONE: (307) 433-8777
FACSIMILE: (307) 433-9 17

*ALSO ADMITTED IN COLORADO

## NOTICE OF FORECLOSURE SALE

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No.  7005 1820 0003 2870 2287**

Howard Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No.  7005 1140 0003 3803 6059**

Vicki Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No.  7008 1140 0003 3797 8107**

Laramie County Treasurer
Attn: Property Taxes
P.O. Box 125
Cheyenne, WY 82001

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No.  7008 1140 0003 3803 6042**

Occupant
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No.  7008 1140 0003 3797 8084**

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbrook, IL 60440

*Dated:  February 16, 2010*

*RE:*          *Notice of Foreclosure Sale*
                 *2525 County Rd 218*
                 *Cheyenne, WY 82009*

NOTICE IS HEREBY given that pursuant to W.S. § 34-4-101 through W. S. § 34-4-113, that a certain mortgage dated February 1, 2008, which was executed and delivered by Samuel Carpenter, as mortgagor(s), executed and delivered to Howard Willis and Vicki Willis, as mortgagor(s), executed and delivered to Mortgage Electronic Registration Systems, Inc., as nominee for, Draper and Kramer Mortgage Corp. and later assigned to Nationwide Advantage Mortgage Company, will be foreclosed by a sale of the highest bidder at the public auction of the premises as described pursuant to a Power of Sale contained in the mortgage. If you wish to contest said sale, then you must challenge said sale by filing a lawsuit in the Court of competent jurisdiction. The mortgage was filed for record on February 8, 2008, in/as Book 2044, Page 544 at the office of the County Clerk and ex-officio Register of Deeds in and for Laramie County, Wyoming. The premises that are described in the mortgage are as follows:

A parcel of land situated in the Northwest quarter of Section 20, Township 15 North, Range 66 West of the 6th Principal Meridian, Laramie County, Wyoming, being described as follows:

Beginning at a point on the West line of said Section 20 from which the West quarter corner thereof bears South 00 degrees 24 minutes 15 seconds West, a distance of 920.58 feet; thence North 00 degrees 24 minutes 15 seconds East, along said West line, a distance of 1723.30 feet to the Northwest corner of said Section 20; thence South 89 degrees 51 minutes 27 seconds East, along the North line of said Section 20, a distance of 1029.72 feet; thence South 00 degrees 24 minutes 15 seconds West, a distance of 1660.97



EXHIBIT
2

feet; thence South 86 degrees 40 minutes 47 seconds West, a distance of 1031.89 feet to
the point of beginning.

Which has the physical address of 2525 County Rd 218.

The above sale will be conducted by the Sheriff or the Sheriff's Deputy on the information desk
of the Laramie County Courthouse, 309 West 20th Street Cheyenne, WY 82001 at 10:00 a.m. on
March 22, 2010. In the event that a representative of Nationwide Advantage Mortgage. is not
present at the sale, the sale will be post-poned until a later date.

Howard Willis and Vicki Willis have defaulted on the terms of the note and mortgage, and as of
the date of this notice, the undersigned claims an outstanding balance of $259,560.64. Interest
continues to accrue on the unpaid balance at the rate of $48.37 per day as well as late charges,
and any other penalties as provided by the mortgage, all to the date of the sale, and additionally
there shall be added to the indebtedness all costs and attorneys' fees associated with the
foreclosure. Publication will be February 5, 12, 19 and 26, 2010.

**The property being foreclosed upon may be subject to other liens and encumbrances that
will not be extinguished at the sale and any prospective purchaser should research the
status of title before submitting a bid.**

Dated this 16th day of February, 2010.

Nationwide Advantage Mortgage Company

By:

John M. Kuker; Wyoming Bar No. 6-3452
Romsa & Kuker, LLC
2123 Pioneer Avenue
Cheyenne, WY 82001
(307)433-8777-Telephone
(307)433-9117-Fax

*Attorneys for Mortgagee: Nationwide Advantage Mortgage Company*

Publish:      February 22, 2010
              March 1, 2010
              March 8, 2010
              March 15, 2010

cc:    Nationwide Advantage Mortgage
       Attn: Foreclosure Dept.
       1100 Locust Street
       Des Moines, IA 50391-2009
       Loan No: 00021744841
       Investor:00120
       Investor No: 40066113428
       Case No: 0393960883718

       LARAMIE COUNTY SHERIFF'S DEPARTMENT
       ATTN: TEDDY
       1910 Pioneer Ave.
       Cheyenne, WY 82001

*2-2*



Romisa & Kuker, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbrook, IL 60

7008 1140 0003 3797 6084

2-3

 **UNITED STATES POSTAL SERVICE**.

Track & Confirm        FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7008 1140 0003 3803 6042**
Service(s):  **Certified Mail™**
Status: **Notice Left**

We attempted to deliver your item at 10:55 AM on February 17, 2010 in CHEYENNE, WY 82009 and a notice was left. No further information is available for this item.

Track & Confirm

Enter Label/Receipt Number.

Go >

Restart or Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email    Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here

2/14/10

Sent To  Courigant
Street, Apt No; or PO Box No  252 B County Rd 212
City, State, ZIP+4  Cheyenne WY 82007

See Reverse for Instructions

PS Form 3800, August 2006

7008 1140 0003 3803 6042

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do        4/14/2010

24

 **UNITED STATES**
**POSTAL SERVICE ⌐**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 1820 0003 2870 2287**
Service(s): **Certified Mail™**
Status: **Notice Left**

We attempted to deliver your item at 10:55 AM on February 17, 2010 in CHEYENNE, WY 82009 and a notice was left. No further information is available for this item.

Detailed Results:
• **Notice Left, February 17, 2010, 10:55 am, CHEYENNE, WY 82009**
• **Arrival at Unit, February 17, 2010, 3:22 am, CHEYENNE, WY 82009**

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.    Go >

Track & Confirm
Enter Label/Receipt Number.

Go >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    4/14/2010

**2-5**


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7008 1140 0003 3803 6059**
Service(s)  **Certified Mail™**
Status: **Notice Left**

We attempted to deliver your item at 10:55 AM on February 17, 2010 in CHEYENNE, WY 82009 and a notice was left. No further information is available for this item.

Detailed Results:
• **Notice Left, February 17, 2010, 10:55 am, CHEYENNE, WY 82009**
• **Arrival at Unit, February 17, 2010, 6:38 am, CHEYENNE, WY 82009**

Return to USPS.com

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Track & Confirm
Enter Label/Receipt Number.

Go >

Site Map   Customer Service   Forms   Govt Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright® 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

6059
3803
0003
1140
7008

| | |
|---|---|
| Postage | $ 44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.64 |

Postmark Here
2/16/10

Sent To  Vicki Wells
Street, Apt. No.; or PO Box No. 2525 County Rd 218
City, State, ZIP+4  Cheyenne WY 82009

PS Form 3800, August 2006    See Reverse for Instructions



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do        4/14/2010

2-6

## Proof of Publication

THE STATE OF WYOMING )
County of Laramie ) ss.

### AFFIDAVIT

L.D. Catalano of said County of Laramie, being first duly sworn, deposes and says that he is Controller; or Josie Plasencio, of said County of Laramie, being first duly sworn, deposes and says that she is the Office Manager of the

# Wyoming Tribune-Eagle

a newspaper printed and published in said County and State, and in the Capitol of said State, that the notice of which the annexed is a true copy, has been published in the said newspaper

for    Four
Times, to wit:
February 22, 2010
March 1, 8, 15, 2010

and that the first publication of said notice was made in said paper bearing date

February 22,                    A.D 20   10

and that the last publication of said notice was made in said paper bearing date

March 15,                        A.D 20   10

_Josie Plasencio_

Subscribed in my presence and sworn to before me by the aforesaid L.D. Catalano, Controller or Josie Plasencio, Office Manager

this   15th

Day of   March            . 20  10

My commission expires:

August

_Notary Public_

COUNTY OF          STATE OF
LARAMIE           WYOMING
DIANE ROCCAFORTE - NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2013

---

NOTICE IS HEREBY given that pursuant to W.S. § 34-4-101 through W. S. § 34-4-113, that a certain mortgage dated February 1, 2008, which was executed and delivered by Samuel Carpenter, as mortgagor(s), executed and delivered to Howard Willis and Vicki Willis, as mortgagor(s), executed and delivered to Mortgage Electronic Registration Systems, Inc., as nominee for, Draper and Kramer Mortgage Corp. and later assigned to Nationwide Advantage Mortgage Company, will be foreclosed by a sale of the highest bidder at the public auction of the premises as described pursuant to a Power of Sale contained in the mortgage. If you wish to contest said sale, then you must challenge said sale by filing a lawsuit in the Court of competent jurisdiction. The mortgage was filed for record on February 8, 2008, in/as Book 2044, Page 544 at the office of the County Clerk and ex-officio Register of Deeds n and for Laramie County, Wyoming. The premises that are described in the mortgage are as follows:

A parcel of land situated in the Northwest quarter of Section 20, Township 15 North, Range 66 West of the 6th Principal Meridian, Laramie County, Wyoming, being described as follows:

Beginning at a point on the West line of said Section 20 from which the West quarter corner thereof bears South 00 degrees 24 minutes 15 seconds West, a distance of 920.58 feet, thence North 00 degrees 24 minutes 15 seconds East, along said West line, a distance of 1723.30 feet to the Northwest corner of said Section 20; thence South 89 degrees 51 minutes 27 seconds East, along the North line of said Section 20, a distance of 1029.72 feet; thence South 00 degrees 24 minutes 15 seconds West, a distance of 1660.97 feet; thence South 86 degrees 40 minutes 41 seconds West, a distance of 1031.89 feet to the point of beginning.

Which has the physical address of 2525 County Rd 218.

The above sale will be conducted by the Sheriff or the Sheriff's Deputy on the information desk of the Laramie County Courthouse, 309 West 20th Street Cheyenne, WY 82001 at 10:00 a.m. on March 22, 2010. In the event that a representative of Nationwide Advantage Mortgage, is not present at the sale, the sale will be post-poned until a later date. Howard Willis and Vicki Willis have defaulted on the terms of the note and mortgage, and as of the date of this notice, the undersigned claims an outstanding balance of $259,960.64. Interest continues to accrue on the unpaid balance at the rate of $48.37 per day as well as late charges, and any other penalties as provided by the mortgage, all to the date of the sale, and additionally there shall be added to the indebtedness all costs and attorneys' fees associated with the foreclosure. Publication will be February 5, 12, 19 and 26, 2010.

EXHIBIT

3

# ROMSA & KUKER, LLC

## ATTORNEYS-AT-LAW

MATTHEW H. ROMSA
JOHN M. KUKER*
JAMES M. PETERSON
ATTORNEYS

*ALSO ADMITTED IN COLORADO

2123 PIONEER AVE.
CHEYENNE, WYOMING 82001
TELEPHONE: (307) 433-8777
FACSIMILE: (307) 433-9117

SHAWNNA C. HOPPER
REBECCA B. KUKER
CHRISTINA M. JENNINGS
PARALEGALS

### NOTICE OF FORECLOSURE SALE

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7005 1820 0003 3797 4970**

Howard Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7005 1140 0003 3797 4994**

Vicki Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7008 1140 0003 3797 7513**

Laramie County Treasurer
Attn: Property Taxes
P.O. Box 125
Cheyenne, WY 82001

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7008 1140 0003 3797 4987**

Occupant
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7008 1140 0003 3797 5007**

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbrook, IL 60440

DATE:        March 19, 2010

RE:        *Foreclosure Sale 2525 County Rd 218 Cheyenne, WY 82009*

### NOTICE OF POSTPONEMENT OF FORECLOSURE SALE

**NOTICE IS HEREBY GIVEN** that the foreclosure sale originally scheduled for March 22, 2010 on the following-described property has been postponed until **April 5, 2010 at 10:00 a.m.** at the front door of the Laramie County Courthouse, 309 W. 20th Cheyenne, WY 82001. The mortgage dated February 1, 2008, which was executed and delivered by Howard Willis and Vicki Willis, as mortgagor(s) executed and delivered to Mortgage Electronic Registration Systems, Inc., as nominee for, Draper and Kramer Mortgage Corp. and later assigned to Nationwide Advantage Mortgage Company, February 8, 2008, in/as Book 2044, Page 544 at the office of the County Clerk and ex-officio Register of Deeds in and for Laramie County, Wyoming. The premises that are described in the mortgage are as follows:

A parcel of land situated in the Northwest quarter of Section 20, Township 15 North, Range 66 West of the 6th Principal Meridian, Laramie County, Wyoming, being described as follows:

Beginning at a point on the West line of said Section 20 from which the West quarter corner thereof bears South 00 degrees 24 minutes 15 seconds West, a distance of 920.58 feet; thence North 00 degrees 24 minutes 15 seconds East, along said West line, a distance of 1723.30 feet to the Northwest corner of said Section 20; thence South 89 degrees 51 minutes 27 seconds East, along the North line of said Section 20, a distance of


**EXHIBIT 4**

1029.72 feet; thence South 00 degrees 24 minutes 15 seconds West, a distance of 1660.97 feet; thence South 86 degrees 40 minutes 47 seconds West, a distance of 1031.89 feet to the point of beginning.

Which has the physical address of 2525 County Rd 218.

The amount due and owing at the date of this Notice is $261,060.11, together with additional interest to date of sale, attorney's fees and costs of the foreclosure action.

**The property being foreclosed upon may be subject to other liens and encumbrances that will not be extinguished at the sale and any prospective purchaser should research the status of title before submitting a bid.**

Dated this 19th day of March, 2010.

Nationwide-Advantage Mortgage Company

By:

John M. Kuker; Wyoming Bar No. 6-3452
Romsa & Kuker, LLC
2123 Pioneer Avenue
Cheyenne, WY 82001
(307)433-8777-Telephone
(307)433-9117-Fax

Publish:      March 22, 2010 and March 29, 2010.

Copies to:
Nationwide Advantage Mortgage
Attn: Foreclosure Dept.
1100 Locust Street
Des Moines, IA 50391-2009
Loan No: 00021744841
Investor:00120
Investor No: 40066113428
Case No: 0393960883718
Via Email: c/o BROUWEJ@nationwide.com

LARAMIE COUNTY SHERIFF'S DEPARTMENT
ATTN: TEDDY
1910 Pioneer Ave.
Cheyenne, WY 82001

4-2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7008 1140 0003 3797 7513

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7008 1140 0003 3797 4970

3/19/10

Laramie County Treasurer
PO Box 125
Cheyenne, WY 82001

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ □ Agent □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jerry Frays

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below:  □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)
7008 1140 0003 3797 7513

PS Form 3811, February 2004   Domestic Return Receipt

1. Article Addressed to:

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7008 1140 0003 3797 4994

Certified Fee   $ .80

Return Receipt Fee   $ .50

Restricted Delivery Fee

Total Postage & Fees   $ 5.54

3/19/10

Vicki Willis
2925 County Rd 218
Cheyenne, WY 82007

PS Form 3800, August 2006   See Reverse for Instructions

■ item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vicki Willis
2925 County Rd 218
Cheyenne, WY 82007

2. Article Number
(Transfer from service label)
7008 1140 0003 3797 4994

PS Form 3811, February 2004   Domestic Return Receipt

---

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____

B. Received by (Printed Name)

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)

7008 1140 0003 3797 4970

1. Article Addressed to:
Howard Willis
2925 County Rd 218
Cheyenne, WY 82007

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt

---

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Vicki K Willis   □ Agent □ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below:  □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

102595-02-M-1540

4·3



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2. Article Number
(Transfer from service label)     7006 1140 0003 3797 4987

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X □ Agent □ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

3. Service Type
□ Certified Mail □ Express Mail
□ Registered □ Return Receipt for Merchandise
□ Insured Mail □ C.O.D.

4. Restricted Delivery? (Extra Fee) □ Yes

Romsa & Kukler, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001

**CERTIFIED MAIL**

7006 1140 0003 3797 5007

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbrook

8200103658
60940B3457 R012

NIXIE     604     SE 1

RECEIVED
APR 05 2010

RETURN TO SEND.
NOT DELIVERABLE AS A.
UNABLE TO FORW.

BC: 82001365569%     *0295

4-4

## Proof of Publication

THE STATE OF WYOMING  )
                                              ) ss.
County of Laramie           )

## AFFIDAVIT

L.D. Catalano of said County of Laramie, being first duly sworn, deposes and says that he is Controller; or Josie Plasencio, being first duly sworn, deposes and says that she is the Office Manager of the

# Wyoming Tribune-Eagle

a newspaper printed and published in said County and State, and in the Capitol of said State; that the notice of which the annexed is a true copy, has been published in the said newspaper.

for       Two
Times, to wit:
April 5,12, 2010

and that the first publication of said notice was made in said paper bearing date

April 5,                          A.D. 20    10

and that the last publication of said notice was made in said paper bearing date

April 12,                        A.D. 20    10

_Josie Plasencio_

Subscribed in my presence and sworn to before me by the aforesaid L.D. Catalano, Controller or Josie Plasencio, Office Manager.

this    12th

Day of    April    , 20  10
My commission expires:

August 31, 2013

DIONNE ROCCAFORTE · NOTARY PUBLIC
COUNTY OF LARAMIE · STATE OF WYOMING
MY COMMISSION EXPIRES AUG. 31, 2013

_____ Notary Public

---

NOTICE OF POSTPONEMENT
OF FORECLOSURE SALE

NOTICE IS HEREBY GIVEN that the foreclosure sale originally scheduled for April 5, 2010 on the following-described property has been postponed until April 19, 2010 at 10:00 a.m. at the front door of the Laramie County Courthouse, 309 W. 20th Cheyenne, WY 82001. The mortgage dated February 1, 2008, which was executed and delivered by Howard Willis and Vicki Willis, as mortgagor(s) executed and delivered to Mortgage Electronic Registration Systems, Inc., as nominee for, Draper and Kramer Mortgage Corp. and later assigned to Nationwide Advantage Mortgage Company, February 8, 2008, in/as Book 2044, Page 544 at the office of the County Clerk and ex-officio Register of Deeds in and for Laramie County, Wyoming. The premises that are described in the mortgage are as follows:

A parcel of land situated in the Northwest quarter of Section 20, Township 15 North, Range 66 West of the 6th Principal Meridian, Laramie County, Wyoming, being described as follows:
Beginning at a point on the West line of said Section 20 from which the West quarter corner thereof bears South 00 degrees 24 minutes 15 seconds West, a distance of 920.58 feet; thence North 00 degrees 24 minutes 15 seconds East, along said West line, a distance of 1723.30 feet to the Northwest corner of said Section 20; thence South 89 degrees 51 minutes 27 seconds East, along the North line of said Section 20, a distance of 1029.72 feet; thence South 00 degrees 24 minutes 15 seconds West, a distance of 1660.97 feet; thence South 86 degrees 40 minutes 47 seconds West, a distance of 1031.89 feet to the point of beginning.
Which has the physical address of 2525 County Rd 218.
The amount due and owing at the date of this Notice is $261,640.55, together with additional interest to date of sale, attorney's fees and costs of the foreclosure action.
The property being foreclosed upon may be subject to other liens and encumbrances that will not be extinguished at the sale and any prospective purchaser should research the status of title before submitting a bid.
Dated this 31st day of March, 2010.
Nationwide Advantage Mortgage Company
By: John M. Kuker; Wyoming Bar No. 6-3452
Romsa & Kuker, LLC
2123 Pioneer Avenue
Cheyenne, WY 82001
(307)433-8777-Telephone
(307)433-9117-Fax
April 5, 12, 2010

4-5

# ROMSA & KUKER, LLC

## ATTORNEYS-AT-LAW

MATTHEW H. ROMSA
JOHN M. KUKER*
JAMES M. PETERSON
ATTORNEYS

*ALSO ADMITTED IN COLORADO

2123 PIONEER AVE.
CHEYENNE, WYOMING 82001
TELEPHONE: (307) 433-8777
FACSIMILE: (307) 433-9117

SHAWNNA C. HOPPER
REBECCA B. KUKER
CHRISTINA M. JENNINGS
PARALEGALS

### NOTICE OF FORECLOSURE SALE

**VIA CERTIFIED MAIL &**
**RETURN RECEIPT**
**No. 7008 1140 0003 3797 9777**

Howard Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &**
**RETURN RECEIPT**
**No. 7005 1140 0003 3797 9753**

Vicki Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &**
**RETURN RECEIPT**
**No. 7008 1140 0003 3797 8633**

Laramie County Treasurer
Attn: Property Taxes
P.O. Box 125
Cheyenne, WY 82001

**VIA CERTIFIED MAIL &**
**RETURN RECEIPT**
**No. 7008 1140 0003 3797 9746**

Occupant
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &**
**RETURN RECEIPT**
**No. 7008 1140 0003 3797 8626**

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbrook, IL 60440

DATE:       March 31, 2010

RE:       *Foreclosure Sale 2525 County Rd 218 Cheyenne, WY 82009*

### NOTICE OF POSTPONEMENT OF FORECLOSURE SALE

**NOTICE IS HEREBY GIVEN** that the foreclosure sale originally scheduled for April 5, 2010 on the following-described property has been postponed until **April 19, 2010 at 10:00 a.m.** at the front door of the Laram e County Courthouse, 309 W. 20th Cheyenne, WY 82001. The mortgage dated February 1, 2008, which was executed and delivered by Howard Willis and Vicki Willis, as mortgagor(s) executed and delivered to Mortgage Electronic Registration Systems, Inc., as nominee for, Draper and Kramer Mortgage Corp. and later assigned to Nationwide Advantage Mortgage Company, February 8, 2008, in/as Book 2044, Page 544 at the office of the County Clerk and ex-officio Register of Deeds in and for Laramie County, Wyoming. The premises that are described in the mortgage are as follows:

A parcel of land situated in the Northwest quarter of Section 20, Township 15 North, Range 66 West of the 6th Principal Meridian, Laramie County, Wyoming, being described as follows:

Beginning at a point on the West line of said Section 20 from which the West quarter corner thereof bears South 00 degrees 24 minutes 15 seconds West, a distance of 920.58 feet; thence North 00 degrees 24 minutes 15 seconds East, along said West line, a distance of 1723.30 feet to the Northwest corner of said Section 20; thence South 89 degrees 51 minutes 27 seconds East, along the North line of said Section 20, a distance of



EXHIBIT
5



1029.72 feet; thence South 00 degrees 24 minutes 15 seconds West, a distance of 1660.97 feet; thence South 86 degrees 40 minutes 47 seconds West, a distance of 1031.89 feet to the point of beginning.

Which has the physical address of 2525 County Rd 218.

The amount due and owing at the date of this Notice is $261,640.55, together with additional interest to date of sale, attorney's fees and costs of the foreclosure action.

**The property being foreclosed upon may be subject to other liens and encumbrances that will not be extinguished at the sale and any prospective purchaser should research the status of title before submitting a bid.**

Dated this 31st day of March, 2010.

Nationwide Advantage Mortgage Company

By: [signature]

John M. Kuker; Wyoming Bar No. 6-3452
Romsa & Kuker, LLC
2123 Pioneer Avenue
Cheyenne, WY 82001
(307)433-8777-Telephone
(307)433-9117-Fax

Publish: March 5, 2010 and March 12, 2010.

Copies to:

Nationwide Advantage Mortgage
Attn: Foreclosure Dept.
1100 Locust Street
Des Moines, IA 50391-2009
Loan No: 00021744841
Investor:00120
Investor No: 40066113428
Case No: 0393960883718
Via Email: c/o BROUWEJ@nationwide.com

LARAMIE COUNTY SHERIFF'S DEPARTMENT
ATTN: TEDDY
1910 Pioneer Ave.
Cheyenne, WY 82001

# UNITED STATES POSTAL SERVICE.

## Track & Confirm

### Search Results

Label/Receipt Number: **7008 1140 0003 3797 9753**
Service(s): **Certified Mail™**
Status: **Notice Left**

We attempted to deliver your item at 10:34 AM on Apri
CHEYENNE, WY 82009 and a notice was left. You ma
at the Post Office indicated on the notice, go to www.u
or call 800-ASK-USPS to arrange for redelivery. If this
after 30 days then it will be returned to the sender. Info
available, is updated periodically throughout the day. F
later.

Detailed Results:

- **Notice Left, April 01, 2010, 10:34 am, CHEYENNE**
- **Arrival at Unit, April 01, 2010, 3:11 am, CHEYENN**

Notification Options

Track & Confirm by email

Get current event information or updates for your item

---

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data

Romsa & Kuker, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001

7008 1140 0003 3797 9753

CERTIFIED MAIL

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbrook

## U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | .44 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.54 |

Postmark Here

3/31/10

RECEIVED
MAY 05 2010

Sent To: Draper & Kraemer
Street, Apt. No.; or PO Box No. 400 S. Quadrangle Dr. Suite A
City, State, ZIP+4 Bolingbrook, IL 60440

PS Form 3800, August 2006    See Reverse for Instructions

5.3




**UNITED STATES**
**POSTAL SERVICE**

## Track & Confirm

### Search Results

Label/Receipt Number: **7008 1140 0003 3797 974**
Service(s): **Certified Mail**™
Status: **Notice Left**

We attempted to deliver your item at 10:34 AM on /
CHEYENNE, WY 82009 and a notice was left. You
at the Post Office indicated on the notice, go to ww
or call 800-ASK-USPS to arrange for redelivery. If t
after 30 days then it will be returned to the sender.
available, is updated periodically throughout the da
later.

Detailed Results:

- **Notice Left, April 01, 2010, 10:34 am, CHEYEN**
- **Arrival at Unit, April 01, 2010, 3:11 am, CHEYE**

Notification Options

Track & Confirm by email

Get current event information or updates for your it

---

Site Map    Customer Service    Forms    Gov't Services

Copyright© 2010 USPS. All Rights Reserved    No FEAR Act EEO D

Occupant
2525 County Rd 218
Cheyenne, WY 82009

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5-54 |

Postmark
Here
3/31/10

Sent To    *Occupant*
Street, Apt. No.; or PO Box No.    *2525 County Rd 218*
City, State, ZIP+4    *Cheyenne WY 82009*

PS Form 3800, August 2006    See Reverse for Instructions

7008 1140 0003 3797 9746

RECEIVED APR 25 2010
GOMSA & KUIIE

5-4

![USPS logo] **UNITED STATES POSTAL SERVICE**

## Track & Confirm

### Search Results

Label/Receipt Number: **7008 1140 0003 3797 9753**
Service(s): **Certified Mail™**
Status: **Notice Left**

We attempted to deliver your item at 10:34 AM on Ap
CHEYENNE, WY 82009 and a notice was left. You m
at the Post Office indicated on the notice, go to www.
or call 800-ASK-USPS to arrange for redelivery. If thi
after 30 days then it will be returned to the sender. In
available, is updated periodically throughout the day.
later.

Detailed Results:

• **Notice Left, April 01, 2010, 10:34 am, CHEYENN**
• **Arrival at Unit, April 01, 2010, 3:11 am, CHEYEN**

Notification Options

Track & Confirm by email

Get current event information or updates for your item



---

Site Map    Customer Service    Forms    Govt Services    Ca

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Da

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here    3/31/10

Sent To  *Vicki Willis*
Street, Apt. No.; or PO Box No.  *2525 County Rd 218*
City, State, ZIP+4  *Cheyenne WY 82009*

PS Form 3800, August 2006    See Reverse for Instructions

7008 1140 0003 3797 9753

Vicki Willis
2525 County Rd 218
Cheyenne, WY 82009

82009-91 03

RECEIVED
APR 23 2010
ROMSA & KUKER

5-5

**CERTIFIED MAIL RECEIPT** *(...p Provided)*

7008 3797 8633

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee | 2.30 |
| Restricted Delivery Fee | |
| Total Postage & Fees | $ 5.54 |

Postmark Here 3/31/10

Sent To *Laramie County Treasurer*
Street, Apt. No. or PO Box No. *P.O. Box 125*
City, State, ZIP+4 *Cheyenne WY 82001*

PS Form 3800, August 2006          See Reverse for Instructions

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

APR 01 20..

1. Article Addressed to:

*Laramie County Treasurer*
*attn: Property Taxes*
*P.O. Box 125*
*Cheyenne, WY 82009*

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)       7008 1140 0003 3797 8633

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

5-b

USPS - Track & Confirm                                                                 Page 1 of 1

**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

## Track & Confirm

### Search Results

Label/Receipt Number: **7008 1140 0003 3797 9777**
Service(s): **Certified Mail™**
Status: **Notice Left**

We attempted to deliver your item at 10:34 AM on Ap
CHEYENNE, WY 82009 and a notice was left. You m
at the Post Office indicated on the notice, go to www.
or call 800-ASK-USPS to arrange for redelivery. If thi:
after 30 days then it will be returned to the sender. Inf
available, is updated periodically throughout the day.
later.

Detailed Results:
• Notice Left, April 01, 2010, 10:34 am, CHEYENNE
• Arrival at Unit, April 01, 2010, 6:38 am, CHEYENN

Notification Options

**Track & Confirm by email**

Get current event information or updates for your iterr



Site Map    Customer Service    Forms    Gov't Services    Ca

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO I



**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here
3/31/10

Sent To  *Howard Willis*
Street, Apt. No.; or PO Box No.  *2525 County Rd 218*
City, State, ZIP+4  *Cheyenne, WY 82009*

PS Form 3800, August 2006    See Reverse for Instructions

Howard Willis
2525 County Rd 218
Cheyenne, WY 82009

Romsa & Kuker, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001

APR 2 6 2010
...SA & KUKER, LLC

5-7

# ROMSA & KUKER, LLC

### ATTORNEYS-AT-LAW

MATTHEW H. ROMSA
JOHN M. KUKER*
JAMES M. PETERSON
ATTORNEYS

2123 PIONEER AVE.
CHEYENNE, WYOMING 82001
TELEPHONE (307) 433-8777
FACSIMILE (307) 433-9117

SHAWNNA C. HOPPER
REBECCA B. KUKER
CHRISTINA M. JENNINGS
PARALEGALS

* ALSO ADMITTED IN COLORADO

### NOTICE OF DEFAULT AND INTENT TO FORECLOSE
### AND NOTICE REQUIRED BY THE
### FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. Section 1692 et. seq., as amended)

**VIA CERTIFIED MAIL &**
**RETURN RECEIPT**
**No.  7005 1140 0003 3797 8251**

Howard Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &**
**RETURN RECEIPT**
**No.  7005 1140 0003 3797 8275**

Vicki Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &**
**RETURN RECEIPT**
**No.  7005 1140 0003 3797 8299**

Laramie County Treasurer
Attn: Property Taxes
P.O. Box 125
Cheyenne, WY 82001

**VIA CERTIFIED MAIL &**
**RETURN RECEIPT**
**No.  7005 1140 0003 3797 8268**

Occupant
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &**
**RETURN RECEIPT**
**No.  7005 1140 0003 3797 8282**

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbrook, IL 60440

DATE:  June 30, 2010

RE:   *Notice of Default and Intent to Foreclose & File Suit on Promissory Note*

On February 1,2008, Howard Willis and Vicki Willis, as mortgagor(s), executed and delivered to Mortgage Electronic Registration Systems, Inc., as nominee for, Draper and Kramer Mortgage Corp. as mortgagee(s), a mortgage on certain real property described in the mortgage, as security for payment of a promissory note in the principal amount of $242,095.00, which was executed and delivered by the mortgagor(s) on the same day.  The mortgage was duly recorded at the office of the County Clerk and ex-officio Register of Deeds in and for Laramie County, Wyoming on February 8, 2008, in/as Book 2044, Page 544 and later assigned to Nationwide Advantage Mortgage Company,  February 5, 2010, in/as Book 2150, Page 407 at the office of the County Clerk and ex-officio Register of Deeds in and for Laramie County, Wyoming. .
There has been a material breach of the mortgage note, which the mortgage was given to secure in which that payment was not made on May 9, 2009 or thereafter.  The note was personally guaranteed by Howard Willis.  The mortgage contains a power of sale by advertisement, by which the above reason stated default, Nationwide Advantage Mortgage Company (mortgagees) as the owner and holder of mortgage, declares to have become operative.

As of June 30, 2010, the total amount due and owing on the mortgage note and the mortgage is $271,791.32 which represents the entire unpaid principal balance of $239,410.38 and accrued and unpaid interest of $22,002.17 and late charges is in the amount of $1,257.80 plus other charges and attorneys' fees in the amount of $9,120.97.  Interest is currently accruing at the rate of $48.37 per day.  The amount due may also increase by the amount of any additional late charges and attorneys' fees and costs, which accrue pursuant to the terms of the mortgage note, mortgage and guaranty agreement.

RECORDED 8/29/2010 AT 10:16 PM RCPT 551208 BK# 2179 PG# 565
DEBRA K. LATHROP, CLERK OF LARAMIE COUNTY, WY PAGE 9 OF 15



**EXHIBIT**
**6**

If you dispute the validity of the mortgage debt in writing within thirty (30) days after receipt of this notice, the undersigned attorney will obtain verification of the debt and a copy of the verification will be mailed to you.

The name and address of any mortgagee or assignee will be provided to you if, within thirty (30) days after receipt of this notice, you make written request to the undersigned attorney for the names and addresses.

NOTICE IS HEREBY GIVEN to you that as a result of the above-state default of the mortgage note and mortgage, Mortgagee(s) now considers all of the principal and accrued interest due and payable in full, in accordance with the terms of the mortgage note and the mortgage, and will cause the property to be sold at a foreclosure sale of the real property described in the mortgage by advertisement and sale, as provided by the mortgage and applicable law. **Failure to respond to this notice shall be considered your agreement to allow a public sale of this property. All information obtained from you will be used in the collection of debt. This communication is from a debt collector.**

Please note that in addition to the foreclosure we may be filing a Civil Complaint for $271,791.32 against Howard Willis with regard to breach of the terms of the promissory note.

If you are on active duty in the armed forces, please notify this office immediately so your rights can be protected.

DATED this 30th day of June, 2010.

Nationwide Advantage Mortgage Company

By: _____

John M. Kuker; WY Bar #: 6-3452
James M. Peterson; WY Bar #: 6-4346
Romsa & Kuker, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001
(307)433-8777-Telephone
(307)433-9117-Fax

cc:     Nationwide Advantage Mortgage
        c/o Evon Swanson
        1100 Locust Street
        Des Moines, IA 50391-2009
        Loan No: 00021744841
        Investor:00120
        Investor No: 40066113428
        Case No: 0393960883718

USPS - Track & Confirm

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

## Track & Confirm

### Search Results

Label/Receipt Number 7008 1140 0003 3797 8268
Service(s): Certified Mail™
Status: Arrival at Unit

Your item arrived at 8:13 AM on July 3, 2010 in BOLING 60440. Information, if available, is updated periodically day. Please check again later.

### Notification Options

Track & Confirm by email
Get current event information or updates for your item :

---

**ROMSA & KUKER, LLC**
2123 PIONEER AVE
CHEYENNE, WY 82001

7008 1140 0003 3797 8268

---

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbroc

NIXIE    504    SE 1    DO 07/26/10

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 82001265599    *2020-11577-30-08

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Sent To: Draper & Kramer Mortgage Corp.
ATTN: Post Closing
Street, Apt. No., or PO Box No: 400 South Quadrangle Drive
City, State, ZIP+4: Suite A
Bolingbrook, IL 60440

PS Form 3800, August 2006        See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage)*

For delivery information visit our website at www

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Sent To: Laramie County Trea
Attn: Property Taxes
Street, Apt. No., or PO Box No: P.O. Box 125
City, State, ZIP+4: Cheyenne, WY 82001

PS Form 3800, August 2006        See Re

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laramie County Treasurer
Attn: Property Taxes
P.O. Box 125
Cheyenne, WY 82001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee
B. Received by ( Printed Name )    C. Date of Deliver
Jennings

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7008 1140 0003 3797 8299

---

RECORDED 8/23/2010 AT 10:16 AM RC# 55.3208 BK# 2179 PG# 57
DEBRA K. LATHROP, CLERK OF LARAMIE COUNTY, WY PAGE 11 OF 15

6-3

USPS - Track & Confirm
Page 1 of 1



**UNITED STATES POSTAL SERVICE.**

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number **7008 1140 0003 3797 8251**
Service(s): **Certified Mail™**
Status: **Notice Left**

We attempted to deliver your item at 11:00 AM on July 2, 2010 in CHEYENNE, WY 82009 and a notice was left. You may pick up the item at the Post Office indicated on the notice, go to www.usps.com/redelivery, or call 800-ASK-USPS to arrange for redelivery. If this item is unclaimed after 30 days then it will be returned to the sender. Information, if available, is updated periodically throughout the day. Please check again later.

**Track & Confirm**

Enter Label/Receipt Number

( Go >

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  Go >

---

Careers    Privacy Policy    Terms of Use    Business Customer Gateway

ct EEO Data    FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | .44 |
| Certified Fee | 2.80 | |
| Return Receipt Fee (Endorsement Required) | 2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.54 | |

Sent To
Howard Willis
Street, Apt. No., or PO Box No.
2525 County Rd 218
City, State, ZIP+4
Cheyenne, WY 82009

PS Form 3800, August 2006          See Reverse for Instructions

---

**COMPLETE THIS SECTION**
, and 3. Also complete
Delivery is desired.
address on the reverse
n the card to you.
ne back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Howard Willis
2525 County Rd 218
Cheyenne, WY 82009

2. Article Number
(Transfer from service label)

**7008 1140 0003 3797 8251**

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

http://trkcnfrm1.smi.usp

RECORDED 8/23/2010 AT 10:16 AM REC# 551208 BK# 2179 PG# 572
DEBRA K. LATHROP, CLERK OF LARAMIE COUNTY, WY   PAGE   12 OF   15

6-4

USPS - Track & Confirm


**UNITED STATES POSTAL SERVICE**₀

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7008 1140 0003 3797 8275**
Service(s): **Certified Mail**™
Status: **Notice Left**

We attempted to deliver your item at 11:00 AM on July 2, 2010 in CHEYENNE, WY 82009 and a notice was left. You may pick up the item at the Post Office indicated on the notice, to go to www.usps.com/redelivery, or call 800-ASK-USPS to arrange for redelivery. If this item is unclaimed after 30 days then it will be returned to the sender. Information, if available, is updated periodically throughout the day. Please check again later.

**Track & Confirm**

Enter Label/Receipt Number

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email   Go >

Careers    Privacy Policy    Terms of Use    Business Customer Gateway

EO Data    FOIA

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₀

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here

Sent To    Vicki Willis
Street, Apt. No.; or PO Box No.    2525 County Rd 218
City, State, ZIP+4    Cheyenne, WY 82009

PS Form 3800, August 2006          See Reverse for Instructions

7008 1140 0003 3797 8275

---

...TE THIS SECTION

2, and 3. Also complete
Delivery is desired.
d address on the reverse
the card to you.
the back of the mailpiece,
ace permits.

Vicki Willis
2525 County Rd 218
Cheyenne, WY 82009

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                 7-1-2010
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

USPS

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7008 1140 0003 3797 8275

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

http://trkcnfrm1.smi.usps.com/...

---

RECORDED 8/23/2010 AT 10:16 AM REC# 551208 BK# 2179 PG# 573
DEBRA K. LATHROP, CLERK OF LARAMIE COUNTY, WY    PAGE   13 OF   15

6-5

USPS - Track & Confirm                                          Page 1 of 1


**UNITED STATES
POSTAL SERVICE®**

Home | Help |
Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number  7008 1140 0003 3797 8282
Service(s)  Certified Mail™
Status  Notice Left

We attempted to deliver your item at 11 10 AM on July 1, 2010 in
CHEYENNE, WY 82009 and a notice was left  You may pick up the item
at the Post Office indicated on the notice, go to
www.usps.com/redelivery  or call 800-ASK-USPS to arrange for
redelivery  If this item is unclaimed after 30 days then it will be returned
to the sender  Information, if available, is updated periodically throughout
the day  Please check again later

Track & Confirm

Enter Label/Receipt Number

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email   ( Go > )

Carriers     Privacy Policy     Terms of Use     Business Customer Gateway

t EEO Data     FOIA

---

**U.S. Postal Service (tm)**
**CERTIFIED MAIL (tm) RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark
Here

Sent To
Occupant
Street, Apt. No.; or PO Box No.
2525 County Rd 218
City, State, ZIP+4
Cheyenne, WY 82009

PS Form 3800, August 2006                See Reverse for Instructions

**COMPLETE THIS SECTION**

e items 1, 2, and 3. Also complete
Restricted Delivery is desired.
r name and address on the reverse
e can return the card to you.
is card to the back of the mailpiece,
front if space permits.

dressed to:

Occupant
2525 County Rd 218
Cheyenne, WY 82009

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addresse

B. Received by (Printed Name)     C. Date of Delive

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandi
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)       7008 1140 0003 3797 8282

PS Form 3811, February 2004     Domestic Return Receipt          102595-02-M-1

---

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          7/14/2010



RECORDED  8/23/2010 AT 10:16 AM REC#    551208 BK# 2179 PG#  574
DEBRA K. LATHROP, CLERK OF LARAMIE COUNTY, WY  PAGE  14 OF  15

6-6

# ROMSA & KUKER, LLC

## ATTORNEYS-AT-LAW

MATTHEW H. ROMSA
JOHN M. KUKER*
JAMES M. PETERSON
ATTORNEYS

*ALSO ADMITTED IN COLORADO

2123 PIONEER AVE.
CHEYENNE, WYOMING 82001
TELEPHONE (307) 433-8777
FACSIMILE (307) 433-5117

SHAWNNA C. HOPPER
REBECCA B. KUKER
CHRISTINA M. JENNINGS
PARALEGALS

## NOTICE OF FORECLOSURE SALE

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7005 1140 0003 3797 8305**

Howard Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7005 1140 0003 3797 8329**

Vicki Willis
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7005 1140 0003 3797 8350**

Laramie County Treasurer
Attn: Property Taxes
P.O. Box 125
Cheyenne, WY 82001

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7005 1140 0003 3797 8312**

Occupant
2525 County Rd 218
Cheyenne, WY 82009

**VIA CERTIFIED MAIL &
RETURN RECEIPT
No. 7005 1140 0003 3797 8336**

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbrook, IL 60440

*Dated:  July 14, 2010*

*RE:          Notice of Foreclosure Sale
              2525 County Rd 218
              Cheyenne, WY 82009*

NOTICE IS HEREBY given that pursuant to W.S. § 34-4-101 through W. S. § 34-4-113, that a certain mortgage dated February 1, 2008, which was executed and delivered by Howard Willis and Vicki Willis, as mortgagor(s) executed and delivered to Mortgage Electronic Registration Systems, Inc., as nominee for, Draper and Kramer Mortgage Corp. and later assigned to Nationwide Advantage Mortgage Company, will be foreclosed by a sale of the highest bidder at the public auction of the premises as described pursuant to a Power of Sale contained in the mortgage. If you wish to contest said sale, then you must challenge said sale by filing a lawsuit in the Court of competent jurisdiction. The mortgage was filed for record on February 8, 2008, in/as Book 2044, Page 544 and the assignment was recorded February 5, 2010 Book 2150 page 407 at the office of the County Clerk and ex-officio Register of Deeds in and for Laramie County, Wyoming. The premises that are described in the mortgage are as follows:

A parcel of land situated in the Northwest quarter of Section 20, Township 15 North, Range 66 West of the 6th Principal Meridian, Laramie County, Wyoming, being described as follows:

Beginning at a point on the West line of said Section 20 from which the West quarter corner thereof bears South 00 degrees 24 minutes 15 seconds West, a distance of 920.58 feet, thence North 00 degrees 24 minutes 15 seconds East, along said West line, a distance of 1723.30 feet to the Northwest corner of said Section 20; thence South 89 degrees 51 minutes 27 seconds East, along the North line of said Section 20, a distance of 1029.72 feet; thence South 00 degrees 24 minutes 15 seconds West, a distance of 1660.97



EXHIBIT
1



RECORDED  8/23/2010 AT 10:16 AM REC#   551208 BK# 2179 PG#  565

feet; thence South 86 degrees 40 minutes 47 seconds West, a distance of 1031.89 feet to the point of beginning.

Which has the physical address of 2525 County Rd 218.

The above sale will be conducted by the Sheriff or the Sheriff's Deputy on the information desk of the Laramie County Courthouse, 309 West 20th Street Cheyenne, WY 82001 at 10:00 a.m. on August 23, 2010. In the event tha a representative of Nationwide Advantage Mortgage Company is not present at the sale, the sale will be post-poned until a later date.

Howard Willis and Vicki Willis have defaulted on the terms of the note and mortgage, and as of the date of this notice, the undersigned claims an outstanding balance of $272,468.55. Interest continues to accrue on the unpaid balance at the rate of $48.37 per day as well as late charges, and any other penalties as provided by the mortgage, all to the date of the sale, and additionally there shall be added to the indebtedness all costs and attorneys' fees associated with the foreclosure. Publication will be July 26, August 2, August 9 and August 16, 2010.

**The property being foreclosed upon may be subject to other liens and encumbrances that will not be extinguished at the sale and any prospective purchaser should research the status of title before submitting a bid.**

Dated this 14th day of July, 2010.

Nationwide Advantage Mortgage Company

By:

John M. Kuker; Wyoming Bar No. 6-3452
James M. Peterson; Wyoming Bar No. 6-4346
Romsa & Kuker, LLC
2123 Pioneer Avenue
Cheyenne, WY 82001
(307)433-8777-Telephone
(307)433-9117-Fax

*Attorneys for Mortgagee: Nationwide Advantage Mortgage Company*

Publish:    July 26, 2010
            August 2, 2010
            August 9, 2010
            August 16, 2010.

cc:    Nationwide Advantage Mortgage
       Attn: Foreclosure Dept.
       1100 Locust Street
       Des Moines, IA 50391-2009

       LARAMIE COUNTY SHERIFF'S DEPARTMENT
       ATTN: TEDDY
       1910 Pioneer Ave.
       Cheyenne, WY 82001

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here 7/14/10

Sent To Draper & Kramer Mortgage Corp.
Street, Apt. No.; or PO Box No. ATTN: Post Closing
400 South Quadrangle Drive
Suite A
City, State, ZIP+4 Bolingbrook, IL 60440

PS Form 3800, August 2006    See Reverse for Instructions

7008 1140 0003 3797 8312

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here 7/14/10

Sent To
Street, Apt. No.; or PO Box No. Howard Willis
2525 County Rd 218
City, State, ZIP+4 Cheyenne, WY 82009

PS Form 3800, August 2006    See Reverse for Instructions

7008 1140 0003 3797 8305

CERTIFIED MAIL™

7008 1140 0003 3797 8312

Draper & Kramer Mortgage Corp.
ATTN: Post Closing
400 South Quadrangle Drive
Suite A
Bolingbrook,

BC: 02001365669    NIXIE    604   SE  1   00  08/05/10
RETURN   TO   SENDER
NOT   DELIVERABLE   AS   ADDRESSED
UNABLE   TO   FORWARD
*2020-01390-14-40*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Howard Willis
2525 County Rd 218
Cheyenne, WY 82009

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7008 1140 0003 3797 8305

PS Form 3811, February 2004    Domestic Return Receipt

UNITED STATES POSTAGE
$005.54

RECORDED  8/23/2010 AT 10:16 AM REC#  551208 BK# 2179 PG#  367
DEBRA K. LATHROP, CLERK OF LARAMIE COUNTY, WY  PAGE  7 OF  15

**ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laramie County Treasurer
Attn: Property Taxes
P.O. Box 125
Cheyenne, WY 82001

A. Signature
X _____
B. Received by (Printed Name)   C.
Margaret Frost
D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label)
7008 1140 0003 3797 8350

PS Form 3811, February 2004    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here 7/14/10

Sent To Laramie County Treasurer
Street, Apt. No.; or PO Box No. Attn: Property Taxes
P.O. Box 125
City, State, ZIP+4 Cheyenne, WY 82001

PS Form 3800, August 2006    See Reverse for Instructions

7-3

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

Postage  $  .44
Certified Fee  2.80
Return Receipt Fee (Endorsement Required)  2.30
Restricted Delivery Fee (Endorsement Required)
Postmark Here  7/14/10
Total Postage & Fees  $ 5.54

Sent To  Occupant
Street, Apt. No.; or PO Box No.  2525 County Rd 218
City, State, ZIP+4  Cheyenne, WY 82009

PS Form 3800, August 2006          See Reverse for Instructions

7006 1140 0003 3797 8336

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

Postage  $  .44
Certified Fee  2.80
Return Receipt Fee (Endorsement Required)  2.30
Restricted Delivery Fee (Endorsement Required)
Postmark Here  7/14/10
Total Postage & Fees  $ 5.54

Sent To  Vicki Willis
Street, Apt. No.; or PO Box No.  2525 County Rd 218
City, State, ZIP+4  Cheyenne, WY 82009

PS Form 3800, August 2006          See Reverse for Instructions

7006 1140 0003 3797 8329

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Occupant
2525 County Rd 218
Cheyenne, WY 82009

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature  X  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  CHEYENNE WY  C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type  ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)  7006 1140 0003 3797 8336

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vicki Willis
2525 County Rd 218
Cheyenne, WY 82009

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature  X  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type  ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)  7006 1140 0003 3797 8329

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

RECORDED  8/23/2010 AT 10:16 AM REC#   551208 BK# 2179 PG#  568
DEBRA K. LATHROP, CLERK OF LARAMIE COUNTY, WY  PAGE   9 OF   15

7-4

**Proof of Publication**

THE STATE OF WYOMING ) ss.
County of Laramie

**AFFIDAVIT**

L.D. Catalano of said County of Laramie, being first duly sworn, deposes and says that he is Controller; or Josie Plasencio, of said County of Laramie, being first duly sworn, deposes and says that she is the Office Manager of the

# Wyoming Tribune-Eagle

a newspaper printed and published in said County and State, and in the Capitol of said State; that the notice of which the annexed is a true copy, has been published in the said newspaper.

for   Four

Times, to wit:

July 26, 2010

August 2, 9, 16, 2010

and that the first publication of said notice was made in said paper bearing date

July 26,        A.D. 20   10

and that the last publication of said notice was made in said paper bearing date

August 16,        A.D 20   10

Subscribed in my presence and sworn to before me by the aforesaid L.D. Catalano, Controller or Josie Plasencio, Office Manager.

this _____

Day of _____ , 20 __

My commission expires:

August 31, 2013

NOTICE IS HEREBY given that pursuant to W.S. § 34-4-101 through W.S. § 34-4-113, that a certain mortgage dated February 1, 2008, which was executed and delivered by Howard Willis and Vicki Willis, as mortgagor(s) executed and delivered to Mortgage Electronic Registration Systems, Inc., as nominee for, Drayer and Kramer Mortgage Corp. and later assigned to Nationwide Advantage Mortgage Company, will be foreclosed by a sale of the highest bidder at the public auction of the premises as described pursuant to a Power of Sale contained in the mortgage. If you wish to contest said sale, then you must challenge said sale by filing a lawsuit in the Court of competent jurisdiction. The mortgage was filed for record on February 8, 2008, in/ as Book 2044, Page 544 and the assignment was recorded February 5, 2010 Book 2150 page 407 at the office of the County Clerk and ex-officio Register of Deeds in and for Laramie County, Wyoming. The premises that are described in the mortgage are as follows

A parcel of land situated in the Northwest quarter of Section 20, Township 15 North, Range 66 West of the 6th Principal Meridian, Laramie County, Wyoming, being described as follows:

Beginning at a point on the West line of said Section 20 from which the West quarter corner thereof bears South 00 degrees 24 minutes 15 seconds West, a distance of 920.58 feet; thence North 00 degrees 24 minutes 15 seconds East, along said West line, a distance of 1723.30 feet to the Northwest corner of said Section 20; thence South 89 degrees 51 minutes 27 seconds East, along the North line of said Section 20, a distance of 1029.72 feet; thence South 00 degrees 24 minutes 15 seconds West, a distance of 1660.97 feet; thence South 86 degrees 40 minutes 47 seconds West, a distance of 1031.89 feet to the point of beginning.

Which has the physical address of 2525 County Rd 218.

The above sale will be conducted by the Sheriff or the Sheriff's Deputy on the information desk of the Laramie County Courthouse, 309 West 20th Street Cheyenne, WY 82001 at 10:00 a.m. on August 23, 2010. In the event that a representative of Nationwide Advantage Mortgage Company is not present at the sale, the sale will be post-poned until a later date.

Howard Willis and Vicki Willis have defaulted on the terms of the note and mortgage, and as of the date of this notice, the undersigned claims an outstanding balance of $272,468.55. Interest continues to accrue on the unpaid balance at the rate of $48.37 per day as well as late charges, and any other penalties as provided by the mortgage, all to the date of the sale, and additionally there shall be added to the indebtedness all costs and attorneys' fees associated with the foreclosure. Publication will be July 26, August

EXHIBIT
8

## CERTIFICATE OF SALE

STATE OF WYOMING     )
                             ) ss.

COUNTY OF LARAMIE    )

Under the provisions of WYO. STAT. §§ 34-4-101 through 34-4-113, I,

_Jerome J. Medina_____, Deputy Sheriff of Laramie County, Wyoming, do hereby certify as follow:

    1.  On August 23, 2010, at the hour of 10:00 a.m. at the information desk of the Laramie County Courthouse, Cheyenne, Laramie County, Wyoming, I offered the following described property as follows:

> A parcel of land situated in the Northwest quarter of Section 20, Township 15 North, Range 66 West of the 6th Principal Meridian, Laramie County, Wyoming, being described as follows:
>
> Beginning at a point on the West line of said Section 20 from which the West quarter corner thereof bears South 00 degrees 24 minutes 15 seconds West, a distance of 920.58 feet; thence North 00 degrees 24 minutes 15 seconds East, along said West line, a distance of 1723.30 feet to the Northwest corner of said Section 20; thence South 89 degrees 51 minutes 27 seconds East, along the North line of said Section 20, a distance of 1029.72 feet; thence South 00 degrees 24 minutes 15 seconds West, a distance of 1660.97 feet; thence South 86 degrees 40 minutes 47 seconds West, a distance of 1031.89 feet to the point of beginning.
>
> Which has the physical address of 2525 County Rd 218.

The sale was conducted pursuant to a Notice of Foreclosure Sale and the power of sale contained in the Mortgage on the above-described real estate given by Howard Willis and Vicki Willis Mortgagor(s), on a Mortgage dated February 1, 2008, which was executed and delivered by Howard Willis and Vicki Willis, as mortgagor(s) executed and delivered to Mortgage Electronic Registration Systems, Inc., as nominee for, Draper and Kramer Mortgage Corp. and later assigned to Nationwide Advantage Mortgage Company. The mortgage was filed for record on February 8, 2008, in/as Book 2044, Page 544 and the assignment was recorded February 5, 2010 Book 2150 page 407 at the office of the County Clerk and ex-officio Register of Deeds in and for Laramie County, Wyoming.

    2.  The amount due on the Mortgage as of the date of sale is $283,524.05.

    3.  A representative for foreclosing Mortgagee Nationwide Advantage Mortgage Company was present at the sale.

    4.  The successful bidder at the sale was _Nationwide Advantage_____, who submitted a bid in the amount of $ _216,000.00_ _Mortgage Company_ .

    5.  By virtue of said Mortgage and the laws and statutes of the State of Wyoming, the attached Affidavit of Mailing, Notice of Intent to Foreclose, Notice of Foreclosure Sale, Proof of Publication thereof, and Attorneys' Fee Affidavit, the above-described sale and purchase, the bid by the purchaser aforesaid, and by virtue of the authority vested in me by law, I hereby give and grant this Certificate of Sale of the above-described lands and tenements to

_Nationwide Advantage Mortgage Company_____.

    6.  The purchaser or any other person entitled thereto according to law will be entitled to a Sheriff's Deed for such lands or premises at the expiration of the applicable redemption period, unless the same shall have been redeemed prior to that date as provided by the laws and statutes of the State of Wyoming.

          **IN WITNESS WHEREOF,** I have hereunto set my hand and seal as Deputy Sheriff of Laramie County, Wyoming, this 23rd day of August 2010.

**EXHIBIT**

**9**

tabbies

## *SHERIFF'S DEED*

**WHEREAS,** on August 23, 2010 at the hour of 10:00 a.m. at the front door of the Laramie County Courthouse, Cheyenne, Laramie County, Wyoming, a Deputy Sheriff of Laramie County, Wyoming offered the following-described property for sale at public venue as described in a Notice of Foreclosure Sale and did sell the following-described property to Nationwide Advantage Mortgage Company pursuant to the power of sale contained in the Mortgage on the below-described real estate given by Howard Willis and Vicki Willis Mortgagor(s), on a Mortgage dated February 1, 2008, which was executed and delivered by Howard Willis and Vicki Willis, as mortgagor(s) to Mortgage Electronic Registration Systems, Inc., as nominee for, Draper and Kramer Mortgage Corp. and later assigned to Nationwide Advantage Mortgage Company. The mortgage was filed for record on February 8, 2008, in/as Book 2044, Page 544 and the assignment was recorded February 5, 2010 Book 2150 page 407 at the office of the County Clerk and ex-officio Register of Deeds in and for Laramie County, Wyoming, and that according to the Mortgage and pursuant to Wyo. Stat. §§ 34-4-101 through 34-4-113, said Deputy Sheriff did sell the following-described property to Nationwide Advantage Mortgage Company for the amount of the Foreclosure Sale bid of $216,000.00 as indicated by the Certificate of Sale dated August 23, 2010 and recorded on August 23, 2010 in Book 2179 at Page 561 in the Office of the County Clerk and Ex-Officio Register of Deeds of Laramie County, Wyoming.

**NOW THEREFORE,** know all men by this Deed, that I Jerome J. Medina , Sheriff/Deputy Sheriff of the County of Laramie, in consideration of the premises, have granted and sold and do hereby convey to Nationwide Advantage Mortgage Company, its successors and assigns, the following-described tract of land:

A parcel of land situated in the Northwest quarter of Section 20, Township 15 North, Range 66 West of the 6th Principal Meridian, Laramie County, Wyoming, being described as follows:

Beginning at a point on the West line of said Section 20 from which the West quarter corner thereof bears South 00 degrees 24 minutes 15 seconds West, a distance of 920.58 feet; thence North 00 degrees 24 minutes 15 seconds East, along said West line, a distance of 1723.30 feet to the Northwest corner of said Section 20; thence South 89 degrees 51 minutes 27 seconds East, along the North line of said Section 20, a distance of 1029.72 feet; thence South 00 degrees 24 minutes 15 seconds West, a distance of 1660.97 feet; thence South 86 degrees 40 minutes 47 seconds West, a distance of 1031.89 feet to the point of beginning.

Which has the physical address of 2525 County Rd 218.

To have and to hold the above-described premises with all appurtenances to the said Nationwide Advantage Mortgage Company its successors and assigns forever.

**WITNESS MY HAND AND SEAL,** this 24 day of Nov , 2010.

Sheriff/Deputy Sheriff of
Laramie County, Wyoming

STATE OF WYOMING      )
                      ) SS
COUNTY OF LARAMIE     )

The foregoing instrument was acknowledged before me by
_____ , Sheriff/Deputy Sheriff, this
24 day of November , 2010. Witness my hand and official seal.

SHARON L. HARBAUGH - NOTARY PUBLIC
COUNTY OF LARAMIE    STATE OF WYOMING
MY COMMISSION EXPIRES 5/23/13

S E A L

NOTARY PUBLIC

My commission expires: _____

**EXHIBIT**

tabbies

*10*

{00091611.DOC}

RECORDED 11/29/2010 AT 4:25 PM REC# 558036 X# 2195 PG# 836
DEBRA K. LATHROP, CLERK OF LARAMIE COUNTY, WY PAGE 1 OF 1