Howard J. Willis

500 Belcher Road S. #204

Largo, Florida 33771

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAY 31 2011

United States District Court  Stephan Harris, Clerk
Cheyenne

District of Wyoming

Docket # 10-CV-173D

|   |   |
|---|---|
| Howard Willis | ) |
| Plaintiff | ) |
| Vs | ) |
| Nationwide Advantage Mortgage | ) |
| Defendant | ) |
|   | ) |

## Motion to Set Aside Default Judgment and Continuation

This motion is a request to the court for the setting aside of the default judgment based on improper/inadequate service.

There is no record of service to my residence at 2525 County Road 218, Cheyenne, WY 82009 or at my location at 500 Belcher Road S. Largo, Florida 33771 via US. Mail and/or paid server.

I am not an attorney and not in the normal legal conveyance process of legal document flow to from courts and attorneys

In reviewing the Courts' website on May 26, 2011, it was discovered that the defendant, Nationwide Advantage Mortgage through their legal representatives (Romsa & Kuker) had filed for Summary judgment. At the time of our review, the court had already awarded that Summary Judgment.

We feel the defendants and their representatives have acted dishonorably and have taken advantage of our lack of access. They have also not answered our repeated attempts at making a viable offer to Nation Wide Mortgage for resolution of this case. (Offer is available at the courts' request). This also is an indication of their lack of integrity and ability to negotiation in good faith.

We would therefore request that the Summary Judgment be set aside and allow for 30 days continuance to answer the defendants' Summary Judgment request properly.

_____

Howard J. Willis

Plaintiff

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the forgoing document Was served on the following this 28th day of 2011, as follows:

John M. Kuker

Romsa & Kuker, LLC                                    Via Certified US. Mail

2123 Pioneer Ave.

Cheyenne, WY. 82001

Attorney for the Defendant

_____

Howard J. Willis

Plaintiff- Pro Se