# United States District Court
## For The District of Wyoming

| | |
|---|---|
| HOWARD WILLIS,<br><br>          Plaintiff,<br><br>vs.<br><br>NATIONWIDE ADVANTAGE MORTGAGE,<br><br>          Defendant. | **NOTICE of VACATING HEARING**<br><br>Case Number: 10CV173-D<br>Interpreter Needed: NO |
| TYPE OF CASE: | **CIVIL** |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>Ewing T. Kerr Federal Courthouse<br>111 South Wolcott<br>Casper, WY 82601 | BEFORE<br>William F. Downes, United States District Judge |
|---|---|
| | DATE AND TIME<br>VACATED |

TYPE OF PROCEEDING

DISPOSITIVE HEARING

The dispositive motion hearing set for 6/17/11 is **VACATED** by the Court and shall be reset at a later date.

                                                    STEPHAN HARRIS
                                                    Clerk of Court

June 10, 2011                                       Darci Smith
Date                                                Deputy Clerk

TO:
Counsel of Record by electronic means       Mr Willis via USPS